# United States Court of Appeals

### For the Eighth Circuit

_____

No. 19-2857

_____

United States of America,

*Plaintiff - Appellee,*

v.

Vernon Williams,

*Defendant - Appellant.*

_____

Appeal from United States District Court
for the Western District of Arkansas - Fayetteville

_____

Submitted: March 18, 2020
Filed: March 23, 2020
[Unpublished]

_____

Before COLLOTON, WOLLMAN, and KELLY, Circuit Judges.

_____

PER CURIAM.

Vernon Williams appeals the sentence the district court[1] imposed after he pleaded guilty to a drug offense. His counsel has moved to withdraw, and has filed

---

[1]The Honorable Timothy L. Brooks, United States District Judge for the Western District of Arkansas.

a brief under *Anders v. California*, 386 U.S. 738 (1967), challenging the substantive reasonableness of Williams's sentence.

Upon careful review under a deferential abuse-of-discretion standard, *see Gall v. United States*, 552 U.S. 38, 41 (2007), we conclude that the district court did not impose an unreasonable sentence. The court properly considered the factors set forth in 18 U.S.C. § 3553(a), and there is no indication that the court committed a clear error of judgment in weighing relevant factors. *See United States v. Salazar-Aleman*, 741 F.3d 878, 881 (8th Cir. 2013) (standard of review). Further, having independently reviewed the record under *Penson v. Ohio*, 488 U.S. 75 (1988), we find no nonfrivolous issues for appeal. Accordingly, we grant counsel's motion and affirm.

_____